# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVIA MSO, LLC d/b/a NUVIA DENTAL IMPLANT CENTER,<br><br>Defendant. | Civil Action No. 1:25-CV-444<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and fees.

Dated: July 7, 2025		PLAINTIFF,

		By:

		*/s/ Anthony I. Paronich*
		Anthony I. Paronich
		Paronich Law, P.C.
		350 Lincoln Street, Suite 2400
		Hingham, MA 02043
		(508) 221-1510
		anthony@paronichlaw.com

		DEFENDANT,
		By:

		  */s/ Stephen G. Lowe*

Stephen G. Lowe
Georgia Bar No. 459955
Leach & Lowe LLC
750 Hammond Drive
Building 19, Suite 300
Atlanta, GA 30328
Telephone:  678.587.3831
Facsimile:  770.800.7190
slowe@lllawllc.com

Michael D. Leffel (*pro hac vice* application forthcoming)
Andrew C. Gresik (*pro hac vice* application forthcoming)
Foley & Lardner LLP
150 E. Gilman St., Suite 5000
Madison, WI 53703
Telephone: 608.257.5035
Fax: 608.258.4258
mleffel@foley.com
agresik@foley.com

Mark F. Hebbeln
Georgia Bar No. 342215
Foley & Lardner LLP
321 N Clark St., Suite 3000
Chicago, IL  60654-4762
Phone:  312.832.4500
Fax:  312.832.4700
Email:  mhebbeln@foley.com

*Attorneys for Defendant Nuvia MSO, LLC*